1

DAYLE ELIESON
United States Attorney

2

3

GREG ADDINGTON
Nevada State Bar #6875
Assistant United States Attorney
Bruce R. Thompson Federal Building and U.S. Courthouse
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
(775) 784-5181-facsimile
Greg.Addington@usdoj.gov

4

5

6

7

UNITED STATES DISTRICT COURT

8

DISTRICT OF NEVADA

9

10

LAUREN KENDRYNA and
NICHOLAS KENDRYNA,

NOTICE OF REMOVAL

11

             Plaintiffs,

12

      v.

13

KENNETH RANGLE,

(formerly Case No. RSC2018-000651,
Small Claims Court of Reno Township,
County of Washoe, State of Nevada)

14

             Defendant.

15

16

        Notice is hereby given that defendant Kenneth Rangle, through his undersigned counsel,

17

has removed this action from the Small Claims Court of Reno Township, Washoe County,

18

Nevada, to the United States District Court, District of Nevada, on the following grounds:

19

        1.      Kenneth Rangle is a defendant in the above-captioned civil action now pending in

20

the Small Claims Court of Reno Township, Washoe County, Nevada, small claims action no.

21

2018RSC-000651.

22

        2.      Copies of all process, pleadings, and orders received by this removing defendant

23

in such action are attached hereto, consisting of 1) Affidavit of Complaint (without exhibits) and

24

2) Motion for Exemption from Mandatory Mediation (without exhibits) and Order thereon.

3.    The above-captioned action is one which may be removed without bond to this court pursuant to subsection (d) of Section 2679, Title 28, United States Code, for the reasons that: (a) plaintiffs in such action seek judgment for damages resulting from the allegedly negligent or wrongful act or omission of defendant Kenneth Rangle; (b) at thy time of the alleged occurrence, defendant Kenneth Rangle was acting within the scope of his employment as an employee of the United States; and (c) the remedy against the United States provided by sections 1346(b) and 2674 of Title 28, United States Code, is exclusive of any other civil action or proceeding against defendant Kenneth Rangle for money damages by reason of this subject matter.

Date: August 27, 2018

Respectfully submitted,

DAYLE ELIESON
United States Attorney


   __/s/ Greg Addington_____
GREG ADDINGTON
Assistant United States Attorney

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing NOTICE OF REMOVAL was made through the Court's electronic filing and notice system (CM/ECF) or, as appropriate, by sending a copy of the same by first class mail, addressed to the following addresses on August 27, 2018:

Lauren Kendryna
Nicholas Kendryna
13493 Mount Baldy Street
Reno, NV 89506


        /s/ Greg Addington
GREG ADDINGTON